Araksi Seropovna **TOKRAMADZHYAN,** **AKA Araksi Seropovna Tokramdzhyan,** **Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney** **General, Respondent.**

**No. 15-71369**

United States Court of Appeals, Ninth Circuit.

Submitted October 23, 2017 *

Filed October 26, 2017.

Sassoun Nalbandian, Attorney, Nalbandian Law, A Professional Corporation, Glendale, CA, for Petitioner

Dawn S. Conrad, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: McKEOWN, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Araksi Seropovna Tokramadzhyan, a native and citizen of Armenia, petitions for review of an immigration judge's ("IJ") determination under 8 C.F.R. § 1208.31(a) that she did not have a reasonable fear of persecution or torture and thus is not entitled to relief from her reinstated removal order. We have jurisdiction under 8 U.S.C. § 1252. *See Martinez v. Sessions,* 873 F.3d 655, 2017 WL 4552543 (9th Cir. Oct. 12, 2017). We review for substantial evidence the IJ's factual findings, *Andrade-Garcia v. Lynch,* 828 F.3d 829, 833 (9th Cir. 2016), and we deny the petition for review.

Substantial evidence supports the IJ's conclusion that Tokramadzhyan failed to establish a reasonable possibility of future persecution in Armenia on account of a protected ground. *See Hoxha v. Ashcroft,* 319 F.3d 1179, 1185 (9th Cir. 2003) (to qualify for withholding of removal, a petitioner must show that it is more probable than not that she would suffer future persecution); *see also Nagoulko v. INS,* 333 F.3d 1012, 1018 (9th Cir. 2003) (possibility of future persecution "too speculative").

Substantial evidence also supports the conclusion that Tokramadzhyan failed to demonstrate a reasonable possibility of torture by or with the consent or acquiescence of the Armenian government. *See Andrade-Garcia,* 828 F.3d at 836-37.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

The government's unopposed motion to supplement the administrative record (Docket Entry No. 14) is granted.

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.